UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYES JAMES CARRILLO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROB ST. ANDRE<br><br>　　　　Respondent. | Case No. 1:22-cv-01095-KES-CDB  (HC)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION**<br><br>(Doc. 21) |

　　　　On March 18, 2025, the undersigned entered Findings and Recommendations that the district court deny Petitioner's petition for writ of habeas corpus and advised Petitioner of the fourteen-day deadline to file objections. (Doc. 20).  On April 7, 2025,[1] Petitioner filed a motion for a "30-90-day extension" of time to file his objections. (Doc. 21).  Petitioner represents that the institution he is incarcerated at has been on an extended lockdown, preventing him from receiving adequate aid and assistance in filing his objections. (*Id.*).  Based on Petitioner's representations, the Court finds good cause to grant a sixty-day extension from the date of this order for Petitioner to file his objections.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　Petitioner's Motion for Extension of Time to File Objections to Report and

---

[1] The undersigned notes that while the motion was not received until April 7, 2025, it is dated March 31, 2025, before the fourteen-day deadline expired. (*See* Doc. No. 21).

1  Recommendation to Deny Petition for Writ of Habeas Corpus is GRANTED and Petitioner shall
2  have until and including June 9, 2025 to file his Objections.
3  IT IS SO ORDERED.
4  Dated: **April 9, 2025**
5  UNITED STATES MAGISTRATE JUDGE

2